### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| Timothy B. Williams, ) | |
| ) | |
|    Plaintiff, ) | Civil Action File No.: |
| ) | 1:24-cv-02087-ELR-CMS |
| v. ) | |
| ) | |
| Equifax Information Services, LLC ) | |
| and PennyMac Loan Services, LLC, ) | |
| ) | |
|    Defendants. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO PENNYMAC LOAN SERVICES, LLC, ONLY

Plaintiff, Timothy B. Williams, by and through undersigned counsel, hereby dismisses this action against Defendant, PennyMac Loan Services, LLC, **without prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 27th day of June, 2024.

                                                **BERRY & ASSOCIATES**

                                                */s/ Matthew T. Berry*
                                                Matthew T. Berry
                                                Georgia Bar No.: 055663
                                                matt@mattberry.com
                                                Telephone: (404) 235-3334
                                                2751 Buford Highway, Suite 600
                                                Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2024, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on PennyMac Loan Services, LLC, with adequate postage affixed thereto and addressed as follows:

Steven J. Flynn<br>
3333 Piedmont Road NE<br>
Terminus 200, Suite 2000<br>
Atlanta, Georgia 30305

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*